# EXHIBIT 3
Declaration of Peter Hull

## DECLARATION OF PETER HULL

I, Peter Hull, hereby declare and state as follows:

1. I am and have been at all times relevant hereto the Pastor of Christ's Church of Mt. Spokane ("Christ's Church"), located in Mead, Washington (Spokane County).

2. Christ's Church is a nonprofit church organized exclusively for religious purposes under § 501(c)(3) of the Internal Revenue Code.

3. Christ's Church was founded in 2001 and has faithfully served its community for over 19 years. Initially founded as Liberty Church of Christ of Spokane, the church changed its name to Christ's Church of Mt. Spokane in 2010.

4. Christ's Church is comprised of approximately 80 people who primarily live and work in and around the Mead area of Spokane County, Washington.

5. We believe that the Bible is the inspired Word of God and infallible rule of faith and practice. Therefore, the Bible is the foundation upon which Christ's Church operates and is the basis on which it is governed.

6. Among other sacred aspects of our faith, we believe that the Bible commands Christians to gather in-person for corporate prayer, worship, and fellowship and that this sacred assembly is vital to our Christian identity and essential to our spiritual growth in Christ. *See* Hebrews 10:24-25 (ESV) ("And let us consider how to stir up one another to love and good works, not neglecting to meet together, as is the habit of some, but encouraging one another, and all the more as you see the Day drawing near").

7. For the Christians who attend our church regularly, our assembly in our building from week to week is the embodiment of Christ on earth. We believe that this is how we best express His image and likeness together on earth. This sacred assembly cannot be substituted via virtual meetings.

8. It is our conviction and belief that we are not called to be isolated individuals expressing Christ in the privacy of our homes, but a collective city on the hill where Christ is expressed together to one another.

9. Christ's Church sincerely believes that online services and drive-in services do not satisfy the Bible's requirement that the church meet in person for corporate worship.

10. Some of Christ's Church's parishioners do not have internet access or the ability to participate in online services.

11. Christ's Church does not have full-time staff, and thus does not have the resources to record or livestream services.

12. There are many considerations that render outdoor services impracticable for Christ's Church. For example, inclement weather could significantly reduce attendance or impede outdoor services altogether. Christ's Church also lacks the equipment necessary to successfully broadcast a drive-in service. Noise from street traffic could disturb outdoor services. Attendees with reduced mobility, including attendees who use wheelchairs or walkers, may have trouble safely traversing grassy areas where an outdoor service could occur.

13. Christ's Church's facility has a fire code capacity of approximately 218 people.

2

Exhibit 3 Page 2

14. Christ's Church's sanctuary has a capacity of about 110, and before the pandemic we typically hosted around 60 attendees during Sunday worship services.

15. In response to the COVID-19 virus, Christ's Church has adopted—and will follow—strict social distancing and health and safety protocols.

16. Christ's Church has configured seating in the sanctuary and fellowship hall to provide for proper social distancing of at least six feet separation between families and individuals.

17. In addition, Christ's Church's health and safety protocols include:
    - Directing attendees to one designated entrance;
    - Having greeters open doors for attendees;
    - Requiring all greeters to wear gloves and masks;
    - Advising attendees of proper social distancing protocols;
    - Encouraging attendees to wear face coverings and masks;
    - Providing masks to those who wish to wear them and do not have their own;
    - Making hand sanitizer stations easily accessible to attendees, and encouraging attendees to bring their own hand sanitizer;
    - Providing disinfecting wipes for staff to wipe down any surfaces;
    - Using prepackaged communion elements whenever served; and
    - Thoroughly cleaning and sanitizing sanctuary, hallways, bathrooms, and common surfaces before and after Sunday service.

18. In response to the Governor's orders, Christ's Church initially suspended in-person services on or around March 19, 2020.

19. The people under my Pastoral care and I have patiently waited for Governor Inslee to restore our First Amendment freedoms. We had trusted that the Governor would prioritize our constitutional rights, have respect for our sacred assembly, and allow us to resume in-person worship services at the earliest opportunity. But that trust has been shattered each time the Governor has issued orders prioritizing secular businesses and activities.

20. I understand that the Governor's orders have imposed several different levels of restrictions on indoor religious services during the COVID-19 pandemic, including completely prohibiting indoor worship services, limiting indoor services to 25% capacity with a hard numerical cap of 50 people, and limiting indoor services to 25% capacity with a hard numerical cap of 200 people.

21. As applied to Christ's Church fire code capacity of 218, restrictions of 25% capacity with a hard cap of 50 people allows only 23% of the church's capacity, and restrictions of 25% capacity with a hard cap of 200 people only allows 25% of the church's capacity.

22. As applied to Christ's Church's sanctuary with a capacity of approximately 110, restrictions of 25% capacity with a hard cap of 50 or 200 people limits worship to just 27 people.

23. Given the above-referenced restrictions, Christ's Church would need to hold multiple services to ensure our church members could participate in our sacred

4

Exhibit 3 Page 4

Sunday assembly and time of worship. Given our volunteer staff, this is neither feasible nor fair.

24. The Governor's unfair restrictions have harmed the Churches' ministries by suspending weddings, baptisms, services for vulnerable populations, membership vows, support for youth, and church leadership meetings.

25. Christ's Church believes it is called to resume in-person worship services consistent with its religious beliefs about corporate prayer, worship, and fellowship.

26. In accordance with its religious convictions, Christ's Church plans to host in-person worship services at 50% capacity—following its health and safety protocols—in time for Christmas, which is one of the most sacred holidays for Christians because it celebrates God's incarnation and birth in Jesus Christ.

27. Christ's Church believes that the Bible requires and encourages worship through congregational singing and use of musical instruments.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of December 2020, in Mead, Washington.

*/s/ Pete R. Hull*

Pete Hull
Pastor, Christ's Church of Mt. Spokane