KRISTEN K. WAGGONER, WA Bar 27790
RYAN J. TUCKER, AZ Bar 034382*
JEREMIAH GALUS, AZ Bar 030469*
MARK A. LIPPELMANN, KS BAR 24093*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
kwaggoner@adflegal.org
rtucker@adflegal.org
jgalus@adflegal.org

DAVID A. CORTMAN, GA Bar 188810*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

*Admitted pro hac vice

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| CHRIST'S CHURCH OF MT. SPOKANE; WESTGATE CHAPEL, *Plaintiffs*, <br><br> v. <br><br> JAY INSLEE, et al., *Defendants*. | Case No.: 2:20-cv-00197 <br><br> Judge Thomas O. Rice <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1   PLEASE TAKE NOTICE that Plaintiffs Christ's Church of Mt.
2 Spokane and Westgate Chapel ("the Churches") hereby withdraw their
3 Motion for Preliminary Injunction (ECF No. 37) due to the State
4 Defendants' issuance yesterday of a new proclamation removing the hard
5 cap on attendance at worship services.
6   On December 16, 2020, the Churches filed their Motion for
7 Preliminary Injunction, seeking to enjoin enforcement of the State
8 Defendants' COVID-19 orders and guidance in effect since the Churches
9 filed their Second Amended Verified Complaint. For months, those orders
10 restricted houses of worship to 25% capacity or 200 people, whichever is
11 less. Due to the Supreme Court's decision in *Roman Catholic Diocese of*
12 *Brooklyn v. Cuomo* and the Ninth Circuit's decision in *Calvary Chapel*
13 *Dayton Valley v. Sisolak*, and given the upcoming religious holiday, the
14 Churches requested an expedited hearing to obtain injunctive relief
15 before Christmas. (ECF No. 38). On December 18, 2020, the Court
16 graciously granted the Churches' motion and scheduled an expedited
17 hearing for December 23, 2020.
18   At 4:48 p.m. (PST) on December 22, 2020, the Defendants filed a
19 response notifying the Churches for the first time that, the previous day,
20 December 21, 2020, the State Defendants issued a *new* order,
21 Proclamation 20-25.10, modifying their restrictions on houses of worship.
22 ECF No. 47. This new order was included as an exhibit to Defendant
23 Knezovich's response. ECF No. 47 at n.1. Under Proclamation 20-15.10,
24 houses of worship are subject to the 25% capacity limit, but the order now
25 says the numerical cap of 200 people is not inflexible but merely
26 *recommended*.

PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION
2

1   While the Churches appreciate the State Defendants' change in
2   position, it is disheartening that they chose to wait until the last possible
3   moment to do so. Hard numerical caps on religious services constituted a
4   significant component of Defendants' orders for months, and therefore,
5   constituted a significant component of the Churches' motion for
6   preliminary injunction. The State Defendants' response asserts
7   arguments of equal treatment that rely entirely on this newly issued
8   order specifically designed to rebut the Churches' challenge to hard
9   numerical caps.
10   Given Defendants' concession removing the inflexible 200-person
11   cap on religious services, the Churches withdraw their motion for
12   preliminary injunction and will request a status conference in the new
13   year.
14   Respectfully submitted this 22nd day of December, 2020.

PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

3

s/ Ryan J. Tucker
Kristen K. Waggoner, WA Bar 27790
Ryan J. Tucker (AZ Bar 034382)*
Jeremiah Galus (AZ Bar 030469)*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
kwaggoner@adflegal.org
rtucker@adflegal.org
jgalus@adflegal.org

David A. Cortman (GA Bar 188810)*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

*Admitted pro hac vice

PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION
4

## Certificate of Service

I hereby certify that on the 22nd day of December, 2020, the foregoing was filed with the Clerk of Court using CM/ECF system, which in turn automatically generated a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Ryan J. Tucker</u>
Ryan J. Tucker, AZ Bar 034382*
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
rtucker@adflegal.org

PLAINTIFFS' WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION
5