UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIST'S CHURCH OF MT. SPOKANE; and WESTGATE CHAPEL,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JAY INSLEE, in his official capacity as Governor of Washington; ROBERT FERGUSON, in his official capacity as the Attorney General of Washington; BRET D. DAUGHERTY, in his official capacity as Adjutant General; JOHN BATISTE, in his official capacity as Chief of the Washington State Patrol, OZZIE KNEZOVICH, in his official capacity as Sheriff of Spokane County, and ADAM FORTNEY, in his official capacity as Sheriff of Snohomish County,<br><br>　　　　　　Defendants. | NO: 2:20-CV-0197-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal Without Prejudice (ECF No. 60). The parties agree to the dismissal of this action without

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

prejudice, with each of the parties to bear its own costs and attorneys' fees. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice and with each of the parties to bear its own costs and attorneys' fees.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 11, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2